**The MARTEG CORPORATION et al.**

v.

**The ZONING BOARD OF the CITY OF WARWICK et al.**

**No. 79–503–M.P.**

Supreme Court of Rhode Island.

Dec. 20, 1979.

Hinckley, Allen, Salisbury & Parsons, Paul V. Curcio, Providence, for plaintiffs-respondents.

Revens & DeLuca, Sandra A. Blanding, Warwick, for defendants-petitioners.

## ORDER

The petition for writ of certiorari and motion for stay are denied.

DORIS, J., did not participate.

**The NARRAGANSETT ELECTRIC COMPANY**

v.

**Edward F. BURKE et al.**

**No. 79–9–M.P.**

Supreme Court of Rhode Island.

Dec. 20, 1979.

Pasco Gasbarro, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Special Asst. Atty. Gen., for respondents.

## ORDER

The respondents' motion for permission to file their brief as prayed is granted. The petitioner's motion to assign is granted and this case is assigned to the February, 1980 calendar for oral argument.

DORIS, J., did not participate.